

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
OCT 20 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

LEONARD W. HOYER,

　　　　Defendant.

Case No. 00-cr-40104-JPG

## ORDER

In light of the disposition of the charges in this case on October 20, 2005, and after consultation with the Bureau of Prisons and the United States Marshal Service, the Court has determined that defendant Leonard W. Hoyer has already served all his sentence of incarceration. Accordingly, the Court **ORDERS** that defendant Leonard W. Hoyer be **IMMEDIATELY RELEASED**.

**IT IS SO ORDERED.**
**DATED: October 20, 2005**

J. PHIL GILBERT
DISTRICT JUDGE